UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS VINCENT,

    Plaintiff,                                   Civil Action No. 11-CV-10476

vs.                                          HON. BERNARD A. FRIEDMAN

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE RANDON'S REPORT AND RECOMMENDATION, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND REMANDING CASE FOR FURTHER PROCEEDINGS**

        This matter is presently before the court on cross motions for summary judgment. Magistrate Judge Mark A. Randon has submitted a Report and Recommendation ("R&R") in which he recommends that the court grant plaintiff's motion for summary judgment, deny defendant's motion for summary judgment, and remand the case for further proceedings. Neither party has objected to the R&R and the time for doing so has expired. The court has reviewed the motion papers and the R&R and finds the magistrate judge's analysis to be correct and his recommendation to be sound. Accordingly,

        IT IS ORDERED that Magistrate Judge Randon's R&R is hereby accepted and adopted as the findings and conclusions of the court.

        IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is

granted, defendant's motion for summary judgment is denied, and the case is remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), so that defendant may correct the error (improper hypothetical question to the vocational expert) identified in the R&R.

                                                                S/Bernard A. Friedman
                                                                Bernard A. Friedman
                                                                United States District Judge

Dated: February 22, 2012
       Detroit, Michigan

     I hereby certify that a copy of the foregoing document was served upon counsel of record on February 22, 2012, by electronic and/or ordinary mail.

                                                                S/Shawntel R. Jackson
                                                                Case Manager