UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS VINCENT,

      Plaintiff,                             Civil Action No. 11-CV-10476

vs.                                   HON. BERNARD A. FRIEDMAN

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE RANDON'S
REPORT AND RECOMMENDATION, GRANTING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT AND REMANDING CASE FOR FURTHER
PROCEEDINGS**

This matter is presently before the court on cross motions for summary judgment.

Magistrate Judge Mark A. Randon has submitted a Report and Recommendation ("R&R") in which

he recommends that the court grant plaintiff's motion for summary judgment, deny defendant's

motion for summary judgment, and remand the case for further proceedings. Neither party has

objected to the R&R and the time for doing so has expired. The court has reviewed the motion

papers and the R&R and finds the magistrate judge's analysis to be correct and his recommendation

to be sound. Accordingly,

IT IS ORDERED that Magistrate Judge Randon's R&R is hereby accepted and

adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is

granted, defendant's motion for summary judgment is denied, and the case is remanded for further

proceedings pursuant to sentence four of 42 U.S.C. § 405(g), so that defendant may correct the error

(improper hypothetical question to the vocational expert) identified in the R&R.

S/Bernard A. Friedman
Bernard A. Friedman
United States District Judge

Dated:  February 22, 2012
            Detroit, Michigan

  I hereby certify that a copy of the foregoing document was served upon counsel of record
on February 22, 2012, by electronic and/or ordinary mail.

S/Shawntel R. Jackson
Case Manager
